PROB 12C
(7/93)

**UNITED STATES DISTRICT COURT**

for

WESTERN DISTRICT OF TEXAS

FILED

AUG 04 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

4:25-mj-0495

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Janice Marie Young     Case Number: DR-23-CR-01203(02)

Name of Sentencing Judicial Officer: Honorable Alia Moses, Chief United States District Judge

Date of Original Sentence: January 8, 2025

Original Offense: 8 U.S.C. § 1324 – Conspiracy to Transport Illegal Aliens

Original Sentence: 33 months imprisonment followed by a 3-year term of supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: June 27, 2025

Assistant U.S. Attorney: Jayvee G. Rhoda     Defense Attorney: Diana S. Aguilar (appointed)

### PREVIOUS COURT ACTION

No previous court action.

A true copy of the original, I certify.
Clerk, U.S. District Court
By:_____
        Deputy Clerk

### PETITIONING THE COURT

☒ The issuance of a warrant.

The probation officer believes that the defendant has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Special Condition:** The defendant shall submit to substance abuse testing to determine if the defendant has used a prohibited substance. The defendant shall not attempt to obstruct or tamper with the testing methods. The defendant shall pay the costs of testing based on ability to pay. |
| 2. | **Standard Condition No 13:** The defendant shall follow the instructions of the probation officer related to the conditions of supervision. |

Since commencing supervised release, the defendant submitted a diluted drug test during her intake appointment. She was instructed to report on July 14, 2025, for a subsequent drug test. On July 14, 2025, the defendant was contacted again after she failed to report indicating she still did not have transportation. She was instructed to report on July 15, 2025. On July 15, 2025, the defendant was contacted again after she failed to report as instructed stating she still did not have transportation. The defendant also advised at this time she had been "kicked out" of her approved residence and was now residing with her "best friend" in Waller County, Texas. The assigned probation officer and supervisory probation officer contacted the defendant again and instructed her to obtain transportation to report to the office on July 21, 2025, so a new treatment referral could be made, and a drug test could be collected.

On July 16, 2025, the assigned probation officer contacted the defendant to advise that a home visit would be completed later that afternoon by two officers in her area. The defendant responded hours later indicating she had gone to work with her "best friend" and was over an hour away. The officers were able to verify the address and conduct a collateral home

inspection with the wife of Ms. Young's "best friend." The defendant was reminded of her appointment in the office for Monday, July 21, 2025.

3. **Special Condition: The defendant shall abstain from the use of alcohol and any and all intoxicants.**

4. **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.**

5. **Mandatory Condition No. 2: The defendant shall not unlawfully possess a controlled substance.**

On or about July 16, 2025, in Katy, Texas, the defendant committed the offense of Possession of a Controlled Substance, a Third-Degree Felony. No arrest or charges have been officially made.

On the evening of July 16, 2025, the probation officer received multiple NCIC notifications on the defendant from the Katy Police Department (KPD). On July 17, 2025, the probation officer made contact via telephone with the responding KPD officer. The police officer indicated he responded to a welfare check as a result of an "overdose (OD) situation." The police officer advised EMS was on scene prior to his arrival and had administered Narcan to the unresponsive female, who was identified as the defendant. EMS was able to get the defendant breathing again and she was transported to a local hospital. Prior to transport, approximately three grams of methamphetamine (identified via field test by the police officer) was located in the defendant's bra area. The responding officer advised he will be submitting a report with a request for a "To Be Warrant" for felony drug possession on the defendant. The finalized report and warrant are still pending at this time.

On July 21, 2025, the defendant submitted a random urine which subsequently tested positive for amphetamines, cocaine metabolite, and fentanyl. The defendant signed an admission form reporting she used heroin and methamphetamine that was offered by old friends on or about July 16 and 17, 2025.

**U.S. Probation Officer Recommendation:** On June 27, 2025, Ms. Young was released from federal custody and commenced her term of supervised release in the Southern District of Texas, Houston Division. Ms. Young is a Criminal History Category IV offender, with prior convictions for Manufacture of Controlled Substance; Endangering a Child; Forgery; Possession of Controlled Substance x2; Possession of Schedule II Controlled Substance; and the Instant Offense. It is respectfully recommended that a warrant be issued for Ms. Young arrest.

This issue is deferred to the Court for ruling.

The term of supervision should be

☒ revoked. (Maximum penalty: 2 years imprisonment; 36 months supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

Approved by:

*Cynthia Sandoval*
Cynthia Sandoval
Supervising U.S. Probation Officer

Respectfully submitted by:

*Jorge De Los Santos*
Jorge De Los Santos
Senior U.S. Probation Officer
Telephone: (830) 308-6358
Date: July 28, 2025

Approved:

*Warsame Galaydh*
Warsame Galaydh
Assistant U.S. Attorney, Del Rio City Chief

cc: Andrew Gonzales
    Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:
☐ No action.
☒ The issuance of a WARRANT. Bond is set in the amount of $ Detain cash/surety with supervision by the United States Probation Office to continue as a condition of release.
☐ The issuance of a SUMMONS.
☐ Other _____

*Alia Moses*
Honorable Alia Moses
Chief United States District Judge

8/4/25
Date